KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EILEEN G. UNATIN, AKA EILEEN UNATIN, AKA EILEEN GAIL UNATIN,

    Defendant.

CASE NO.: 18-4308 -WDK-JC

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONSENT JUDGMENT

    Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, EILEEN G. UNATIN, AKA EILEEN UNATIN, AKA EILEEN GAIL UNATIN, in the total amount of $15,702.89.

IT IS SO ORDERED:

Dated: March 29, 2019

_____
Hon. William D. Keller
UNITED STATES DISTRICT JUDGE

1